IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:15- CR-00319 LJO** |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT** |
| JOHNNY SONE VORAVONG, | **(Fed.R.Crim.P 48(A))** |
| Defendant. | |

The United States of America, having moved this Court to dismiss the superseding indictment as to above-named defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice, and good cause appearing;

The superseding indictment in the above-entitled case is dismissed without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:   __August 31, 2018__          _____ **/s/ Lawrence J. O'Neill** _____
UNITED STATES CHIEF DISTRICT JUDGE